PANKIT DOSHI (SBN 231369)
pdoshi@mcdermottlaw.com
MELISSA KENDRA (SBN 291905)
jkendra@mcdermottlaw.com
NICHOLAS NEATHAMER (SBN 360486)
nneathamer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
415 Mission St Suite 5600
San Francisco, CA 94105-2616
Telephone: +1 628 218 3800
Facsimile: +1 628 877 0107

Attorneys for Defendant
DAVITA INC.

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDY BRILLANTES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC, (also known as TOTAL RENAL CARE), a Delaware Corporation; CARMEN BHOGAL, an individual; TAYLOR ALEXANDER, an individual; STEVEN LEE, an individual; KATHERINE REYNOLDS, an individual; ZEENAT NISHA, an individual; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 4:26-cv-03476-AMO<br><br>(Alameda County Court Case No. 26CV177286)<br><br>**~~[PROPOSED]~~ JUDGMENT OF DISMISSAL**<br><br>Date: July 14, 2026<br>Time: 12:00 p.m.<br>Judge: Hon. Araceli Martinez Olguin<br>Courtroom: 10<br><br>Action Filed: March 20, 2026<br>Removal Date: April 23, 2026 |

McDermott Will & Schulte LLP
Attorneys At Law
San Francisco

# [PROPOSED] JUDGMENT OF DISMISSAL

On June 29, 2026, the Court entered its Order Granting Unopposed Motion to Dismiss and Order to Show Cause Why Claims Against Remaining Defendants Should Not Be Dismissed. The Court granted Defendant DaVita Inc.'s motion to dismiss and dismissed DaVita Inc. with prejudice. The Court also ordered Plaintiff Sandy Brillantes to show cause by no later than noon on July 10, 2026, why the remaining claims should not also be dismissed in light of the release of claims as to the remaining Defendants detailed in the Separation Agreement. The Court stated that failure to respond would result in dismissal of the claims against the remaining Defendants with prejudice. Plaintiff did not file a response to the Court's Order to Show Cause.

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants DaVita Inc., Carmen Bhogal, Taylor Alexander, Steven Lee, Katherine Reynolds, and Zeenat Nisha, and against Plaintiff Sandy Brillantes. Plaintiff shall take nothing by way of her First Amended Complaint, and all claims asserted against Defendants are dismissed with prejudice.

This Judgment resolves all claims asserted in this action against all Defendants.

**IT IS SO ORDERED.**

Dated: July 15, 2026

By: [signature]
The Honorable Araceli Martínez-Olguín